USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ROSEY KALAYJIAN,

                Plaintiff,

                                    08 Civ. 428 (DAB)
    -against-                        ORDER

PREMIER SALONS INTERNATIONAL, INC., et al,

                Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiff's request for an extension of time in which to file a Supplemental Memorandum in opposition to Defendants' Motion to Dismiss.  Plaintiff shall have until September 8, 2009 to file her Supplemental Memorandum.  Any reply by Defendants shall be due September 15, 2009.

SO ORDERED.

Dated:    New York, New York
           August 14, 2009

                                              Deborah A. Batts
                                          United States District Judge